

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIO ALBERTO SALINAS, | § | No. 08-23-00039-CR |
| Appellant, | § | Appeal from the |
| v. | § | 119th Judicial District Court |
| THE STATE OF TEXAS, | § | of Tom Green County, Texas |
| Appellee. | § | (TC# B-22-0675-SA) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. This decision be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF MARCH 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.